UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STAR MUTUAL RRG INC.,

Plaintiff,

v.

FEDERICO AGUILAR VENEGAS, d/b/a/ FSW TRANSPORT, and VANESSA RAYGOZA,

Defendants.

Case No. 1:25-cv-00893-KES-HBK

ORDER SETTING STATUS CONFERENCE

Pending before the Court is Plaintiff Star Mutual RRG, Inc. and Defendant Vanessa Raygoza'a (collectively the "parties') stipulated motion to extend the case management deadlines filed on September 11, 2026. (Doc. 38).

The parties represent that on or about August 14, 2026, the parties learned that the defaulted Defendant, Federico Aguilar Venegas, d/b/a FSW Transport ("Venegas'), was sentenced in late May 2026 to a two-year prison term arising out of criminal hit-and-run charges, and that Venegas is eligible for parole in January 2027. (Doc. 38, ¶ 12). The parties further concede that the testimony of the Venegas is relevant to the coverage issues and factual allegations asserted in Plaintiff's Complaint. (*Id*., ¶ 13).

On September 11, 2026, the Court held a hearing on Defendant Raygoza's motion for sanctions and to hold Venegas in contempt. (Doc. 39). The parties did not appear at the hearing

and did not alert the Court prior to that hearing to Venegas' incarceration, parole eligibility, or other circumstances that may bear on his failure to appear for his May 29, 2026 deposition or to appear at the September 11, 2026 order to show cause hearing.[1]

Accordingly, IT IS ORDERED:

1. A status conference is set for **September 24, 2026, at 10:00 a.m**., and shall be conducted by Zoom videoconference or other Court-approved video-link. All counsel of record shall appear. The Clerk is directed to transmit the videoconference link and any necessary access information to all parties and counsel of record no later than 2 court days before the hearing. Parties and counsel shall maintain current contact information with the Clerk and shall appear remotely as directed.
2. The parties' motion to extend the case management deadlines filed September 11, 2026 is continued to, and will be heard at, the status conference, at which time the Court will consider any requested modifications to the case management order in light of the circumstances described above.
3. At the status conference, the parties shall be prepared to address, at a minimum:
   - Why they failed to give timely notice to the Court of Venegas' incarceration and related change in circumstances that may explain his failure to appear for the May 29, 2026 deposition and his failure to appear for the September 11, 2026 order to show cause hearing; and
   - Why should the Court not stay this action, in whole or in part, until Venegas' release from custody or parole, given the parties' concession that his testimony is relevant to coverage issues and the factual allegations in Plaintiff's Complaint.
4. The parties shall also be prepared to discuss what, if any, interim discovery, motion practice, or other case management deadlines should proceed while Venegas remains incarcerated, and whether any modification to existing deadlines or orders is warranted to

[1] The order to show cause hearing was held on September 11, 2026, at 1:00 p.m. The motion was not filed until later that day, at 2:28 p.m.; accordingly, the Court was not aware of the intervening change in circumstances at the time of the hearing.

promote the just and efficient resolution of this case.

5. Failure of any counsel to appear and be prepared to address the issues identified in this order may result in the imposition of sanctions as permitted by law and this Court's local rules.

Dated: September 14, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE