UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR MUTUAL RRG INC.,<br>Plaintiff,<br>v.<br>FEDERICO AGUILAR VENEGAS, d/b/a/ FSW TRANSPORT, and VANESSA RAYGOZA,<br>Defendants. | Case No. 1:25-cv-00893-KES-HBK<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND NON-EXPERT DISCOVERY DEADLINE AND SETTING STATUS CONFERENCE<br><br>(Doc. 38) |

Before the Court is Plaintiff Star Mutual RRG, Inc. and Defendant Vanessa Raygoza's (collectively the "parties') stipulated motion to extend the case management deadlines, filed September 11, 2026. (Doc. 38). The Court addressed the motion and recent developments in this action at a status conference on September 24, 2026. (Doc. 40).

The parties represent that defaulted Defendant, Federico Aguilar Venegas, d/b/a FSW Transport ("Venegas'), was sentenced in May 2026 to a two-year of imprisonment on criminal hit-and-run charges and may be eligible for parole in January 2027. The parties further represent that Venegas' testimony is relevant to the coverage issues and factual allegations raised in the complaint.

In view of these developments, Defendant Raygoza withdrew, without prejudice, her motion for sanctions and to hold Venegas in contempt. (Doc. 31).

Good cause exists to extend the non-expert discovery deadline. Fed. R. Civ. P. 16(b)(4). Venegas is incarcerated, unrepresented, and in default, but the parties represent that his testimony may be material to the coverage issues. The Court therefore finds that proceeding to dispositive litigation without first determining whether his testimony may be obtained could result in resolution of material issues on an incomplete record. During the extended discovery period, the parties shall promptly explore whether Venegas's sworn testimony can be obtained during his incarceration. *See* Fed. R. Civ. P. 30(a)(2)(B).

Accordingly, IT IS ORDERED:

1. Defendant Raygoza's motion for sanctions and to hold Venegas in contempt (Doc. 31) is DEEMED WITHDRAWN, without prejudice.
2. The parties' stipulated motion to extend case management deadlines (Doc. 38) is GRANTED.
3. The non-expert discovery deadline is extended to June 1, 2027.
4. All remaining deadlines set forth in the Initial Case Management and Scheduling Order (Doc. 25) are VACATED.
5. No later than May 13, 2027, the parties shall file a joint status report addressing the status of discovery and proposing revised case management deadlines.
6. A telephonic status conference is set for May 20, 2027, at 2:00 p.m. The parties shall appear by dialing 1-669-254-5252 and entering meeting ID 160 644 7139 and passcode 646053.

Dated: September 28, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE